UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>EDGAR J. STEELE,<br><br>        Defendant. | Case No. 2:10-CR-148-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion to Stay Sentencing to Preserve Standing and for Expedited Hearing (Dkt. 310). The motion is without merit.

**ORDER**

**IT IS ORDERED:**

1.     Defendant's Motion to Stay Sentencing to Preserve Standing and for Expedited Hearing (Dkt. 310) is **DENIED**.

DATED: **November 2, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge